1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    DAMIEN MARSHJON MCDOUGLAND,              Case No. 1:22-cv-01614-CDB (PC)

12              Plaintiff,
                                               ORDER TRANSFERRING CASE TO THE
13        v.                                   SACRAMENTO DIVISION OF THE
                                               EASTERN DISTRICT OF CALIFORNIA
14    J. BELLUOMINI, *et al.*,

15              Defendants.

16

17         Plaintiff Damien Marshjon McDougland is a state prisoner proceeding *pro se* in this civil

18    rights action filed under 42 U.S.C. § 1983.

19         In his complaint, Plaintiff alleges violations of his civil rights by Defendants.  The alleged

20    violations took place in San Joaquin County, which is part of the Sacramento Division of the

21    United States District Court for the Eastern District of California.  Therefore, the complaint

22    should have been filed in the Sacramento Division.

23         Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper

24    court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25    will be transferred to the Sacramento Division.

26         Good cause appearing, IT IS HEREBY ORDERED that:

27         1.  This action is transferred to the United States District Court for the Eastern District of

28    California sitting in Sacramento; and

1        2.  All future filings shall refer to the new Sacramento case number assigned and shall be

2    filed at:

                    United States District Court
3                        Eastern District of California
                    501 "I" Street, Suite 4-200
4                        Sacramento, CA 95814

5

6    IT IS SO ORDERED.

7        Dated:   **December 19, 2022**

                                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2